DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| Williams v. Scotland Cty.<br><br>Case below:<br>167 N.C. App. 105 | No. 009P05 | Def's (The City of Laurinburg) PDR Under N.C.G.S. § 7A-31 (COA03-1624) | Denied<br>**03/02/05** |
|---|---|---|---|

## PETITION TO REHEAR

| Beatenhead v. Lincoln Cty.<br><br>Case below:<br>359 N.C. 177 | No. 105PA04 | Def's (Martin Eddy) Petition for Rehearing (COA02-1610-2) | Denied<br>(03/03/05) |
|---|---|---|---|